1

2

3

4

5

6

7

8                        **IN THE UNITED STATES DISTRICT COURT**

9                      **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   JOEY TORREY,                                    No. 2:12-CV-1457-JAM-CMK-P

12             Plaintiff,

13        vs.                                         ORDER

14   LOVETT, et al.,

15             Defendants.

16   _____/

17             Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18   42 U.S.C. § 1983.

19             Plaintiff seeks the appointment of counsel.  The United States Supreme Court has

20   ruled that district courts lack authority to require counsel to represent indigent prisoners in

21   § 1983 cases.  See Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989).  In certain

22   exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to

23   28 U.S.C. § 1915(e)(1).  See Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v.

24   Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  A finding of "exceptional

25   circumstances" requires an evaluation of both the likelihood of success on the merits and the

26   ability of the plaintiff to articulate his claims on his own in light of the complexity of the legal

1  issues involved.  See Terrell, 935 F.2d at 1017.  Neither factor is dispositive and both must be

2  viewed together before reaching a decision.  See id.

3        In the present case, the court does not at this time find the required exceptional

4  circumstances.  First, plaintiff's filings demonstrate that he is extremely articulate and capable of

5  presenting his claims on his own.  For example, his filings are type-written and well organized.

6  Additionally, his writing is clear and cogent.  Second, the facts and law relating to plaintiff's

7  Eighth Amendment medical care claims are not overly complex.  Finally, at this early stage of the

8  proceedings, the court cannot say that plaintiff has demonstrated any particular likelihood of

9  success on the merits.

10        Accordingly, IT IS HEREBY ORDERED that plaintiff's request for the

11  appointment of counsel (Doc. 21) is denied.

12

13    DATED:  May 20, 2013

14

15                    **CRAIG M. KELLISON**
                  UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26