IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEY TORREY, | No. 2:12-CV-1457-JAM-CMK-P |
|     Plaintiff, | |
|   vs. | ORDER |
| LOVETT, et al., | |
|     Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On January 23, 2013, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time.  No objections to the findings and recommendations have been filed.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 23, 2013, are adopted in full;

2. Lovett, Jackson, and Heatley are dismissed as defendants to this action; and

3. This action shall proceed against defendants Todd, Stahl, and Smith only.

DATED:  May 29, 2013

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE