1

2

3

4

5

6

7

8                **IN THE UNITED STATES DISTRICT COURT**

9            **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11 JOEY TORREY,                     No. 2:12-CV-1457-JAM-CMK-P

12          Plaintiff,

13      vs.                     ORDER

14 LOVETT, et al.,

15          Defendants.

16 _____/

17       Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18 42 U.S.C. § 1983.   The matter was referred to a United States Magistrate Judge pursuant to

19 Eastern District of California local rules.

20       On January 23, 2013, the Magistrate Judge filed findings and recommendations

21 herein which were served on the parties and which contained notice that the parties may file

22 objections within a specified time.  No objections to the findings and recommendations have

23 been filed.

24       The court has reviewed the file and finds the findings and recommendations to be

25 supported by the record and by the Magistrate Judge's analysis.

26 / / /

1    Accordingly, IT IS HEREBY ORDERED that:

2        1.    The findings and recommendations filed January 23, 2013, are adopted in

3    full;

4        2.    Lovett, Jackson, and Heatley are dismissed as defendants to this action;

5    and

6        3.    This action shall proceed against defendants Todd, Stahl, and Smith only.

7    DATED:   May 29, 2013

8                                    /s/ John A. Mendez
                                     UNITED STATES DISTRICT COURT JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2